FILING FEE
PAID $75.00
Pro hac Vice 42699
Steven M. Larimore, Clerk

FILED by QW D.C.
JUL 25 201
STEVEN M. LARIMORE
CLERK U.S. DIST.
S. D. of FLA — MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:12-cv-21437-FAM

ROLEX WATCH U.S.A., INC.,

        Plaintiff,

v.

RAINBOW JEWELRY, INC.,

        Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian W. Brokate, of the law firm Gibney, Anthony & Flaherty, LLP with offices at 655 Fifth Avenue, New York, NY 10022, (212) 688-5151, for purposes of appearance as co-counsel on behalf of Plaintiff Rolex Watch U.S.A., Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Brokate to receive electronic filings in this case, and in support thereof states as follows:

    1.    Mr. Brokate is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Courts for the Southern and Eastern Districts of New York; the United States Court of Appeals for the Second, Eleventh, Fifth, Ninth and Federal Circuits; and the U.S. Supreme Court.

2. Movant, Harry R. Schafer, Esquire, of the law firm of Kenny Nachwalter, P.A., 201 South Biscayne Boulevard, Suite 1100, Miami, Florida 33131, (305) 373-1000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mr. Brokate has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Mr. Brokate, by and through designed counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mr. Brokate, at email address: bwbrokate@gibney.com.

WHEREFORE, Harry R. Schafer, moves this Court to enter an Order allowing Brian W. Brokate to appear before this Court on behalf of Plaintiff Rolex Watch U.S.A., Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to bwbrokate@gibney.com.

Respectfully submitted,

Dated: July 25, 2012
Miami, FL

_____
Harry Schafer, Esq. (FL Bar # 508667)
Email: hrs@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100 – Miami Center
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Attorneys for Plaintiff*
*ROLEX WATCH U.S.A., INC.*

OF COUNSEL TO PLAINTIFF:
GIBNEY, ANTHONY & FLAHERTY, LLP
Brian W. Brokate, Esq.
665 Fifth Avenue
New York, NY 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21437-FAM

ROLEX WATCH U.S.A., INC.,

        Plaintiff,

v.

RAINBOW JEWELRY, INC.,

        Defendant.
_____/

## CERTIFICATION OF BRIAN W. BROKATE

Brian W. Brokate, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the United States District Courts for the Southern and Eastern Districts of New York; the United States Court of Appeals for the Second, Eleventh, Fifth, Ninth and Federal Circuits; and the U.S. Supreme Court.

_____
Brian W. Brokate

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants as noted on the attached Service List.

_/s/ Harry R. Schafer_
Harry R. Schafer

## SERVICE LIST
*Rolex Watch U.S.A., Inc. v. Rainbow Jewelry, Inc.*
*Case No. 1:12-cv-21437-FAM*

Harry R. Schafer, Esq.
Kenny Nachwalter, P.A.
201 S. Biscayne Blvd.
Suite 1100 – Miami Center
Miami, FL 33131-4327

Brian W. Brokate, Esq. (*Pro Hac Vice*)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022
(Via U.S. Mail)

Lida Rodriguez-Taseff, Esq.
Duane Morris LLP
200 South Biscayne Boulevard
Suite 3400
Miami, FL 33131

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21437-FAM

ROLEX WATCH U.S.A., INC.,

        Plaintiff,

v.

RAINBOW JEWELRY, INC.,

        Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST**
**TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Brian W. Brokate, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is granted. Brian W. Brokate, may appear and participate in this action on behalf of Plaintiff Rolex Watch U.S.A., Inc. The Clerk shall provide electronic notification of all electronic filings to Mr. Brokate at bwbrokate@gibney.com.

2

DONE AND ORDERED in Chambers, Miami-Dade County, Florida, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
*All counsel of record on the attached Service List*

## SERVICE LIST
*Rolex Watch U.S.A., Inc. v. Rainbow Jewelry, Inc.*
Case No. 1:12-cv-21437-FAM

Harry R. Schafer, Esq.
Kenny Nachwalter, P.A.
201 S. Biscayne Blvd.
Suite 1100 – Miami Center
Miami, FL 33131-4327

Brian W. Brokate, Esq. (*Pro Hac Vice*)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022
(Via U.S. Mail)

Lida Rodriguez-Taseff, Esq.
Duane Morris LLP
200 South Biscayne Boulevard
Suite 3400
Miami, FL 33131