UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21437-CIV-ROSENBAUM

ROLEX WATCH U.S.A., INC.,

        Plaintiff,

v.

RAINBOW JEWELRY, INC.,

        Defendant.
_____/

## ORDER OF REFERRAL

    This matter is before the Court on an independent review of the record. Pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, all discovery motions in this matter are referred to the Honorable Barry S. Seltzer to take all necessary and proper action as required by law. Any motion affecting the deadlines set by the Court's Scheduling Order is excluded from this referral. Under Rule 29, Fed. R. Civ. P., the parties may stipulate to extend the time for responding to interrogatories, requests for production, or requests for admissions, as well as the time for holding depositions, unless such extension would interfere with the deadline set for completing discovery, for hearing a motion, or for trial. No further order of the Court is necessary.

    **DONE and ORDERED** this 26th day of July 2012.

*/s/ Robin S. Rosenbaum*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies:	The Honorable Barry S. Seltzer
	Counsel of Record