UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21437-CIV-ROSENBAUM

ROLEX WATCH U.S.A., INC.,

        Plaintiff,

v.

RAINBOW JEWELRY, INC.,

        Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This matter is before the Court on the Motion to Appear Pro Hac Vice Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Beth Frenchman [D.E. 18] pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  The Court notes that Ms. Frenchman has paid a $75.00 fee, which covers *pro hac vice* admission in this case only.  Ms. Frenchman has also certified that she has studied the Local Rules of this Court and that she is a member in good standing of the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Federal Circuit.

Having considered the Motion and all other relevant factors, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Beth Frenchman may appear and participate in this action on behalf of the Plaintiff Rolex Watch U.S.A., Inc.  The Clerk shall provide electronic

notification of all electronic filings to Beth Frenchman, bfrenchman@gibney.com.

**DONE and ORDERED** this 26th day of July 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies:      The Honorable Barry S. Seltzer
             Counsel of Record