UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21437-CIV-ROSENBAUM/SELTZER

ROLEX WATCH U.S.A., INC.,

    Plaintiff,

v.

RAINBOW JEWELRY, INC.,

    Defendant.

_____/

**ORDER REQUIRING PROPOSED MEDIATION SCHEDULING ORDER**

    This matter is before the Court upon a review of the record. On June 15, 2012, the Honorable Federico A. Moreno entered an Order referring this case to mediation. D.E. 9 at 9. The mediation is to be completed by December 11, 2012. That Order also required the parties to submit to the Court a proposed order scheduling mediation. D.E. 9 at 10, ¶ 3. To date, the parties have agreed on a mediator [D.E. 10] but have not yet filed a proposed order scheduling mediation.

    Accordingly, it is **ORDERED that on or before October 31, 2012**, the parties shall file with this Court a proposed Order Scheduling Mediation indicating the agreed time and place for completing mediation. A sample order is included below as "Attachment A."

    **DONE and ORDERED** at Fort Lauderdale, Florida, this 1st day of October 2012.

                                                                              _____
                                                                              ROBIN S. ROSENBAUM
                                                                              UNITED STATES DISTRICT JUDGE

Copies to:
Mediator
Counsel of record

                                     [*Attachment A on following page*]

**Attachment A:**
**Form Order Scheduling Mediation**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. XX-XXXXX-CIV-ROSENBAUM**

XXX,

    Plaintiff,

vs.

XXX,

    Defendant.

_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with _____ on _____, 20___, at ____ (am/pm) at _____ _____, Florida. This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of the Court.

**DONE and ORDERED** in Fort Lauderdale, Florida, this ___ day of ___ 2012.

                                                       _____
                                                       ROBIN S. ROSENBAUM
                                                       UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry S. Seltzer
Counsel of record