UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21437-CIV-ROSENBAUM/SELTZER

ROLEX WATCH U.S.A., INC.,

    Plaintiff,

v.

RAINBOW JEWELRY, INC.,

    Defendant.

_____/

## ORDER

This matter is before the Court upon a review of the case file. On October 4, 2012, the Court received the parties' Agreed Motion for Entry of Permanent Injunction [D.E 25]. The parties' Motion indicated that they had reached a settlement of their dispute contingent upon the Court's entry of the requested Permanent Injunction. The Court granted the parties' Motion on October 4, 2012. D.E. 26. In light of the Permanent Injunction and the parties' settlement agreement, the Court hereby directs the parties to submit a stipulation for dismissal under Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., or an offer of judgment under Rule 68(a), Fed. R. Civ. P., within seven (7) calendar days of the date of this Order so that the case file may be closed.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 4th day of October 2012.

                                                ROBIN S. ROSENBAUM
                                                UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry S. Seltzer
Counsel of record