UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROLEX WATCH U.S.A., INC.,

       Plaintiff,

v.

RAINBOW JEWELRY, INC.,

       Defendant.

**Case No.: 12-cv-21437-RSR**

## STIPULATION OF DISMISSAL

Pursuant to this Court's Order of October 4, 2012 and subject to the terms of the Court's October 4, 2012 Permanent Injunction (which will continue to remain in effect notwithstanding the instant Stipulation), the parties hereby stipulate that this action is dismissed, with each party bearing its own fees and costs.

Respectfully submitted this 9th day of October, 2012,

| | |
|---|---|
| /s/ Harry R. Schafer | /s/ Lida Rodriguez-Taseff |
| Harry Schafer, Esq. (FL Bar # 508667) | Lida Rodriguez-Taseff, Esq. (FL Bar # 039111) |
| KENNY NACHWALTER, P.A. | DUANE MORRIS LLP |
| 201 South Biscayne Boulevard | 200 South Biscayne Boulevard |
| Suite 1100 – Miami Center | Suite 3400 |
| Miami, Florida 33131-4327 | Miami, Florida 33131 |
| Telephone: (305) 373-1000 | Telephone: (305) 960-2200 |
| Facsimile: (305) 372-1861 | Facsimile: (305) 960-2201 |
| Email: hrs@knpa.com | Email: LRTaseff@duanemorris.com |
| -and- | *Counsel for Defendant Rainbow Jewelry, Inc.* |
| /s/ Brian W. Brokate | |
| Brian W. Brokate, Esq. (*Pro Hac Vice*) | |
| GIBNEY ANTHONY & FLAHERTY, LLP | |
| 665 Fifth Avenue | |
| New York, New York 10022 | |
| Telephone: (212) 688-5151 | |
| Facsimile: (212) 688-8315 | |
| Email: bwbrokate@gibney.com | |
| *Counsel for Plaintiff Rolex Watch U.S.A., Inc.* | |

## **CERTIFICATE OF SERVICE**

**I hereby certify** that on the 9th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                         /s/ Harry R. Schafer
                                          Harry R. Schafer