UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21437-CIV-ROSENBAUM/SELTZER

ROLEX WATCH U.S.A., INC.,

    Plaintiff,

v.

RAINBOW JEWELRY, INC.,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL

This matter is before the Court upon the parties' Stipulation of Dismissal [D.E. 28]. In light of the parties' settlement agreement, their stipulation under Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., and the Permanent Injunction entered by this Court [D.E. 26], it is hereby **ORDERED and ADJUDGED** that the above-styled case is **DISMISSED**. Each party to bear its own fees and costs. As previously ordered, the Court retains jurisdiction to enforce the terms of the Permanent Injunction and the parties' settlement agreement. D.E. 26, ¶ 6. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 9th day of October 2012.

                                            ROBIN S. ROSENBAUM
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record